Inland Finance Corporation, appellee, v. Cyrus Sanford, sheriff of McHenry County, and Hudson Motor Company of Illinois, appellants. Gen. No. 8,222.

Heard in this court at the May term, 1930. Opinion filed September 24, 1930.

Walter Cowburn, for appellants. Archie G. Kennedy, for appellee.

Mr. Justice Boggs delivered the opinion of the court.

## THIRD DISTRICT.

Minnie M. Henry, appellee, v. Laura W. Leeders et al., appellants. Gen. No. 8,407.

Heard in this court at the January term, 1930. Opinion filed June 11, 1930.

W. W. Whitmore, for appellants; Stella E. Whitmore, of counsel. Pratt, Heffernan & Ramseyer, for appellee.

Mr. Justice Eldredge delivered the opinion of the court.

Charles C. Carter, appellant, v. Thomas Adkins, appellee. Gen. No. 8,376.

Heard in this court at the October term, 1929. Opinion filed June 11, 1930.

F. R. Wiley, for appellant; Arthur Delahunty, of counsel. McDavid, Monroe & Mann, for appellee.

Mr. Justice Niehaus delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Henry Cathcart, plaintiff in error. Gen. No. 8,395.

Heard in this court at the January term, 1930. Opinion filed June 11, 1930.

Raymond G. Real, for plaintiff in error. C. M. Heinlein, for defendant in error.

Mr. Justice Niehaus delivered the opinion of the court.